**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1985**

CONSUELO JORDAN,

        Plaintiff - Appellant,

    v.

PAUL QUANDER, Former Director; JASPER OMAR, Former Director;
SUSAN SHAFFER, PSA Director; ERIC H. HOLDER, Jr., Attorney
General; CATHY LANIER, Chief of Police,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, Senior
District Judge.  (1:14-cv-00027-TSE-TCB)

Submitted:  January 22, 2015      Decided:  January 26, 2015

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Consuelo Jordan, Appellant Pro Se.  Benjamin Todd Hickman,
OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia;
James C. McKay, Jr., OFFICE OF THE ATTORNEY GENERAL FOR THE
DISTRICT OF COLUMBIA, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Consuelo Jordan appeals the district court's order dismissing her employment discrimination claims pursuant to Fed. R. Civ. P. 12(b)(2), (3), and (6). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Jordan v. Quander, No. 1:14-cv-00027-TSE-TCB (E.D. Va. filed July 22, 2014, entered July 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED